```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

VICTOR'S CAFÉ 52ND STREET, INC., et al.,

                      Plaintiffs,

      -against-

THE TRAVELERS INDEMNITY
COMPANY OF AMERICA,

                      Defendant.
-------------------------------------------------------------X

22-CV-07223 (ALC)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      The case is stayed for 60 days. The parties are directed to file a joint letter on January 29, 2023, informing the Court about the status of the appraisal and ongoing resolution efforts.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
               November 30, 2022