UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

VICTOR'S CAFÉ 52ND STREET, INC., et al.,

                                      Plaintiffs,

                  -against-

THE TRAVELERS INDEMNITY COMPANY
OF AMERICA,

                                      Defendant.

-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/2023

22-CV-07223 (ALC)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      On January 30, 2023, the Court directed the parties to file a letter on the status of appraisal and ongoing resolution efforts. On March 31, 2023, Plaintiffs filed a letter indicating they have agreed to proceed with an appraisal contingent on Defendant's agreement not to object to their appraiser, RSZ Forensic Associates. As Defendant has yet to respond to Plaintiffs' letter informing them of their position, they are directed to do so by April 6, 2023, and file a letter informing the Court of their decision no later than April 7, 2023.

**SO ORDERED.**

                                                                                    SARAH NETBURN
                                                                                    United States Magistrate Judge

DATED:     April 4, 2023
                 New York, New York