```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

VICTOR'S CAFÉ 52ND STREET, INC.,

                      **Plaintiff,**

     -against-

THE TRAVELERS INDEMNITY COMPANY
OF AMERICA,

                      **Defendant.**

------------------------------------------------------------X

**22-CV-07223 (ALC)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      On April 7, 2023, Defendant informed the Court of the parties' ongoing dispute regarding appraisal. The parties are directed to continue to meet and confer on this issue and update the Court by filing a letter by no later than April 24, 2023.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    April 10, 2023
               New York, New York