UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

VICTOR'S CAFÉ 52ND STREET, INC., et al.,

                         Plaintiffs,

        -against-

THE TRAVELERS INDEMNITY COMPANY
OF AMERICA,

                         Defendant.

-------------------------------------------------------------X

22-CV-07223 (ALC)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/29/2023

**SARAH NETBURN, United States Magistrate Judge:**

On July 31, 2023, the Court directed the parties to select an umpire and proceed with the appraisal process as outlined in the insurance policy. Accordingly, the parties are directed to update the court on the status of appraisal by September 15, 2023, and indicate whether they intend to establish litigation deadlines in this matter.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:     August 29, 2023
                New York, New York