**Robinson+Cole**

GLENN GREENBERG

666 Third Ave., 20th Floor
New York, NY 10017
Main (212) 451-2900
Fax (212) 451-2999
ggreenberg@rc.com
Direct (212) 451-2933

January 5, 2024

*Via ECF*
The Honorable Sarah Netburn
United States Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *Victor's Café 52nd Street, Inc. v. The Travelers Indemnity Company of America*, S.D.N.Y., Civil Action No. 1:22-cv-07223-ALC-SN

Dear Judge Netburn:

In accordance with the Court's Order dated November 14, 2023 (Doc. No. 53), I write, on behalf of all of the parties, to provide a status update.

The Travelers Indemnity Company of America ("Travelers") filed a petition to appoint an umpire on November 20, 2023, as an Order to Show Cause. The case was assigned to Justice Lyle E. Frank. Per an order by Justice Frank, Travelers re-filed its Order to Show Cause as a Notice of Petition on December 12, 2023.

Victor's Café 52nd Street, Inc. and Victor's Café, Inc., d/b/a Victor's Café ("Victor's Café") filed its Notice of Cross-Petition on January 2, 2024. The Court has provided that Travelers may respond to Victor's Café's Notice of Cross-Petition by January 12, 2024.

The Parties intend to inform this Court when an umpire has been appointed by Justice Frank.

Respectfully,

*/s/ Glenn Greenberg*

Glenn Greenberg

cc: All Counsel of Record (*via* ECF)

Boston | Hartford | New York | Washington, DC | Providence | Miami | Stamford | Wilmington | Philadelphia | Los Angeles | Albany | rc.com

Robinson & Cole LLP