UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

VICTOR'S CAFÉ 52ND STREET, INC., et al.,

                        Plaintiffs,                  22-CV-07223 (ALC)(SN)

    -against-                                              **ORDER**

THE TRAVELERS INDEMNITY COMPANY
OF AMERICA,

                        Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       This action is stayed pending the appraisal process. On October 29, 2024, the parties updated the Court regarding the status of the appraisal process and the umpire's forthcoming decision. ECF No. 60. The parties were to file a status letter with the Court by December 28, 2024. Id. No letter was filed. The parties are directed to file a joint letter regarding the status of the appraisal process no later than January 9, 2025.

**SO ORDERED.**

                                                        SARAH NETBURN
                                                        United States Magistrate Judge

DATED:      January 2, 2025
                 New York, New York