UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTOR'S CAFE 52ND STREET, INC. ET AL,

      Plaintiff,

-against-

THE TRAVELERS INDEMNITY COMPANY OF AMERICA,

      Defendant.

22-cv-07223 (ALC)

OPINION & ORDER

**ANDREW L. CARTER JR., United States District Judge**:

On November 10, 2022, this matter was referred to United States Magistrate Judge Sarah Netburn for general pretrial matters. ECF No. 9. On January 31, 2025, Defendant filed a motion to confirm an appraisal award issued by a state-court appointed umpire on November 26, 2024, as well as a memorandum and declaration in support of its motion. ECF Nos. 67–69. On February 5, 2025, Plaintiffs filed their opposition. ECF Nos. 70–71. On February 28, 2025, Plaintiff filed a reply. ECF Nos. 72–73.

On March 5, 2025, the Court entered an amended Order of Reference, referring Defendant's motion. ECF No. 74. The Court now considers the Report and Recommendation issued by Magistrate Judge Netburn, recommending that Defendant's motion be granted and that this case be dismissed with prejudice. *See* ECF No. 75.

Despite notification of the right to object to the Report and Recommendation, no objections were filed. Where no timely objections are made, the Court may adopt the Report and Recommendation as long as there is no clear error on the face of the record. *Sacks v. Gandhi Eng'g, Inc.*, 999 F. Supp. 2d 629, 632 (S.D.N.Y. 2014) (citing *Wilds v. United Parcel Serv.*, 262 F.Supp.2d 163, 169 (S.D.N.Y. 2003)). In light of the lack of any objections to the Report and

1

Recommendation and the fact that Court finds no clear error in the record, the Court adopts the Report and Recommendation in its entirety, thereby ordering:

1. The confirmation of the appraisal panel's award dated November 26, 2024, which concludes that Plaintiffs are entitled to $0.00 for any business income loss sustained; and

2. The dismissal of this case with prejudice because the confirmation of the appraisal award resolves the remaining claims in this action.

The Clerk of Court is respectfully directed to enter final judgment confirming the appraisal award and to terminate this action.

**Dated:**	**August 12, 2025**
	**New York, NY**

	**ANDREW L. CARTER, JR.**
	**United States District Judge**

2