**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
VICTOR'S CAFE 52ND STREET, INC. ET AL,

                Plaintiffs,
   -against-                                    22 **CIVIL** 7223 (ALC)

                                        **JUDGMENT**

THE TRAVELERS INDEMNITY COMPANY OF
AMERICA,

                Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated August 12, 2025, in light of the lack of any objections to the Report and Recommendation and the fact that Court finds no clear error in the record, the Court has adopted the Report and Recommendation in its entirety, thereby ordering: 1.The confirmation of the appraisal panels award dated November 26, 2024, which concludes that Plaintiffs are entitled to $0.00 for any business income loss sustained; and 2.The dismissal of this case with prejudice because the confirmation of the appraisal award resolves the remaining claims in this action. Final judgment is entered confirming the appraisal award; accordingly, the case is closed.

**Dated:**  New York, New York

      August 13, 2025

                                                    **TAMMI M. HELLWIG**
                                                       **Clerk of Court**

                                     **BY:**     *K. Mango*

                                                       **Deputy Clerk**